## EXHIBIT A

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT HAMILL, | ) | Civil Division |
| | ) | |
| Plaintiff, | ) | No. 2:21-cv-717-NBF |
| v. | ) | |
| | ) | |
| RUSSELL INVESTMENTS GROUP, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**Agreement to Be Bound By Protective Order**

I, _____, hereby affirm that:

Information, including documents and things, designated as "Confidential Information," as defined in the Protective Order entered in the above-captioned action (the "Order"), is being provided to me pursuant to the terms and restrictions of the Order.

I have been given a copy of and have read the Order.

I am familiar with the terms of the Order and I agree to comply with and to be bound by its terms.

I submit to the jurisdiction of this Court for enforcement of the Order.

I agree not to use any Confidential Information disclosed to me pursuant to the Order except for purposes of the above-captioned litigation. I further agree not to disclose any Confidential Information to persons other than those specifically authorized by said Protective Order without the express written consent of the designating party or by order of this Court. I also

11

agree to notify any stenographic, clerical, or technical personnel who are required to assist me of the terms of this Order and of its binding effect on them and me.

    I understand that I am to retain all Confidential Information in a secure manner, and that all Confidential Information must remain in my personal custody until the completion of my assigned duties in this matter, whereupon all such documents and materials, including all copies thereof, and any writings prepared by me containing any Confidential Information are to be returned to counsel who provided me with such documents and materials.

Dated: _____                 _____

                                                                              [Signature]