IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT HAMILL, | ) | Civil Division |
| | ) | |
| Plaintiff, | ) | No. 2:21-cv-717-NBF |
| v. | ) | |
| | ) | |
| FRANK RUSSELL COMPANY D/B/A RUSSELL INVESTMENTS GROUP, LLC | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Scott Hamill and Defendant Russell Investments Group, LLC (collectively the "parties") hereby stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated:  May 16, 2022

Respectfully submitted,

HKM EMPLOYMENT ATTORNEYS, LLP      MAYER BROWN LLP


 /s/Stephanie L. Solomon                         /s/Kristin W. Silverman
   Stephanie L. Solomon                            Lee H. Rubin
   PA ID No. 208056                                (admitted *pro hac vice*)
   HKM Employment Attorneys, LLP                   Kristin W. Silverman
   220 Grant Street, Suite 401                     (admitted *pro hac vice*)
   Pittsburgh, PA 15219                            Mayer Brown LLP
   (412) 760-7802 - Telephone                      Two Palo Alto Square
   ssolomon@hkm.com                                3000 El Camino Real
                                                   Palo Alto, CA 94306
                                                   (650) 331-2000 – Telephone
                                                   lrubin@mayerbrown.com
                                                   ksilverman@mayerbrown.com

1